**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00294-CV**

_____

**WOODSONS 1488 LLC AND WOODSONS GP, LLC,**
**Appellants/Cross-Appellees**

**V.**

**COOPER COLLINS, Appellee/Cross-Appellant**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-08-10115-CV**

_____

**MEMORANDUM OPINION**

Woodsons 1488 LLC and Woodsons GP, LLC, Appellants/Cross-Appellees,

and Cooper Collins, Appellee/Cross-Appellant filed an agreed motion to dismiss this

appeal. *See* Tex. R. App. P. 42.1(a)(1). All of the appealing parties filed the motion

before the appellate court issued a decision in the appeal. We grant the motion and

dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on January 10, 2024
Opinion Delivered January 11, 2024

Before Horton, Johnson and Wright, JJ.